

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00546-CR

Leslie Ann **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 561258
Honorable Susan Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED August 7, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice